1  Patrick F. McIntyre (Bar No. 272042)
     pmcintyre@hbblaw.com
2  Austin Smith (Bar No. 327354)
     asmith@hbblaw.com
3  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
4  Los Angeles, California 90071
   Telephone: 213.542.8000
5  Facsimile: 213.542.8100

6  Attorneys for Defendants NICOLE LYNN
   STEWART; COMBINED TRANSPORT,
7  INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| NOAH DAE KYOON KIM, | Case No. 22AHCV01318 |
| Plaintiff, | **NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |
| v. | Assigned for All Purposes to: |
| NICOLE LYNN STEWART; COMBINED TRANSPORT, INC; AMERICAN TRUCKING AND TRANSPORTATION RRG, | Hon. Colin P. Leis Department 3 |
| | Action Filed:   December 16, 2022 |
| Defendants. | |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 10, 2023 Defendant Nicole Lynn Stewart filed with the Clerk of the United States District Court for the Central District of California, Western Division, a Notice of Removal in the action titled *Noah Dae Kyoon Kim v. Nicole Lynn Stewart, et al.*, Case No. 22AHCV01318, pending in California Superior Court, County of Los Angeles.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal by Defendant with the United States District Court, together with the filing of this Notice of Filing Removal Papers, effects the removal of the above-titled

1  action to federal court, and neither Plaintiff nor the Los Angeles Superior Court can
2  proceed any further in this matter, unless and until the federal court remands the matter.
3
4  DATED: May 10, 2023                    HAIGHT BROWN & BONESTEEL LLP
5
6                                         By: _____
7                                              Patrick F. McIntyre
8                                              Austin Smith
                                                Attorneys for Defendants NICOLE LYNN
9                                               STEWART; COMBINED TRANSPORT,
                                                INC.
10

# PROOF OF SERVICE

Noah Dae Kyoon Kim v. Nicole Lynn Stewart, et al.

Case No. 22AHCV01318

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On May 10, 2023, I served true copies of the following document(s) described as **NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

| | |
|---|---|
| Nejdeh Bagramian<br>MESSERKHANI & BAGRAMIAN LLP<br>1153 N. Brand Blvd., Glendale, CA 91202 | Attorneys for Plaintiff Noah Dae Kyoon Kim<br><br>Tel: 818.291.9810<br>Fax: 818. 291.9285<br>Email: nb@mbllplaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 10, 2023, at Los Angeles, California.

*S. Smith*

Sebrena Smith